Kathleen O. Peterson (State Bar No. 124791)
kathleen.peterson@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile:  (949) 253-0902

Attorney for Plaintiff
MICROSOFT CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES,<br><br>Defendant. | Case No.  SACV 07-986 AG (ANx)<br><br>**ORDER FOR PERMANENT INJUNCTION** |

This Court having considered the Stipulation for Entry of Permanent Injunction signed by the parties hereto, Plaintiff Microsoft Corporation ("Microsoft"), and Defendant Saed Said d/b/a North Tustin Dental Associates ("Saed Said"), the Court hereby

ORDERS that a permanent injunction is entered herein pursuant to the terms of the Stipulation.

DATED: June 25, 2008

_____
The Honorable Andrew Guilford, Judge

K:\2000103\03038\21039_PMW\21039P20PG

1.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: Kirkpatrick & Lockhart Preston Gates Ellis LLP, 1900 Main Street, Suite 600, Irvine, California 92614.

On June 25, 2008, I served the following document described as: **ORDER FOR PERMANENT INJUNCTION (PROPOSED)** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope in the United States mail at Irvine, California addressed as follows:

Timothy D. Thurman
P.O. Box 38
South Pasadena, CA 91031
*Attorney for Defendants Saed*
*and North Tustin Dental Assoc.*

☒ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 25, 2008, at Irvine, California.

Carolyn A. McCoy