Kathleen O. Peterson (State Bar No. 124791)
kathleen.peterson@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile:  (949) 253-0902

Attorney for Plaintiff
MICROSOFT CORPORATION

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES,<br><br>Defendant. | Case No.  SACV 07-986 AG (ANx)<br><br>**ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

The Court having considered the Stipulation for Dismissal signed by the parties hereto, Plaintiff Microsoft Corporation ("Microsoft"), and Defendant Saed Said d/b/a North Tustin Dental Associates ("Saed Said"), the Court hereby

ORDERS that Plaintiff's Complaint is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a), with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: July 29, 2008.

_(signature)_

Honorable Andrew J. Guilford
United States District Judge

1.