AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District__ on the following  ☐ Patents or  ☒ Trademarks:

| DOCKET NO.<br>SACV07-986 AG (ANx) | DATE FILED | U.S. DISTRICT COURT<br>of California, Central District |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington State Corporation | | DEFENDANT<br>SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,200,236 | 07/06/82 | Microsoft Corporation |
| 2 | 1,966,382 | 04/09/96 | Microsoft Corporation |
| 3 | 2,250,973 | 06/08/99 | Microsoft Corporation |
| 4 | 2,285,870 | 10/12/99 | Microsoft Corporation |
| 5 | 2,646,465 | 11/05/02 | Microsoft Corporation |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | DOCKETED ON CM<br>AUG 29 2007<br>BY ___ 024 |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order |

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>L. WAGERS | DATE<br>8-25-08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>of California, Central District |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington State Corporation | | DEFENDANT<br>SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,663,880 | 12/17/02 | Microsoft Corporation |
| 2 | 2,698,179 | 03/18/03 | Microsoft Corporation |
| 3 | 2,730,847 | 06/24/03 | Microsoft Corporation |
| 4 | 2,738,849 | 01/20/04 | Microsoft Corporation |
| 5 | 2,775,859 | 10/21/03 | Microsoft Corporation |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>of California, Central District |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington State Corporation | | DEFENDANT<br>SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,776,769 | 10/21/03 | Microsoft Corporation |
| 2  2,786,794 | 11/25/03 | Microsoft Corporation |
| 3  2,792,744 | 12/09/03 | Microsoft Corporation |
| 4  2,811,895 | 02/03/04 | Microsoft Corporation |
| 5  2,841,854 | 05/11/04 | Microsoft Corporation |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>of California, Central District |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington State Corporation | | DEFENDANT<br>SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,907,179 | 11/30/04 | Microsoft Corporation |
| 2  2,934,666 | 03/22/05 | Microsoft Corporation |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |  |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

1  Kathleen O. Peterson (State Bar No. 124791)
   kathleen.peterson@klgates.com
2  KIRKPATRICK & LOCKHART                              JS-6
   PRESTON GATES ELLIS LLP
3  1900 Main Street, Suite 600
   Irvine, CA 92614-7319
4  Telephone: (949) 253-0900
   Facsimile:  (949) 253-0902
5
   Attorney for Plaintiff
6  MICROSOFT CORPORATION

7
                   UNITED STATES DISTRICT COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9

| MICROSOFT CORPORATION, a Washington Corporation, | Case No. SACV 07-986 AG (ANx) |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| v. | |
| SAED SAID, a California resident, d/b/a NORTH TUSTIN DENTAL ASSOCIATES, | |
| Defendant. | |

The Court having considered the Stipulation for Dismissal signed by the parties hereto, Plaintiff Microsoft Corporation ("Microsoft"), and Defendant Saed Said d/b/a North Tustin Dental Associates ("Saed Said"), the Court hereby

ORDERS that Plaintiff's Complaint is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a), with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: July 29, 2008.

                                        _____
                                        Honorable Andrew J. Guilford
                                        United States District Judge

1.